OFFICE OF DISCIPLINARY COUNSEL *v.* BOUGHTON.

[Cite as Disciplinary Counsel *v.* Boughton (1991), 59 Ohio St. 3d 102.]

(No. 90-1706—Submitted October 17, 1990—Decided April 24, 1991.)

*J. Warren Bettis,* disciplinary counsel, and *Harald F. Craig III,* for relator.

*Stanley Morganstern,* for respondent.

*Per Curiam.* We find that respondent committed the misconduct found by the board and concur with its recommendation. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.